NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AFFINITY LABS OF TEXAS, LLC,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA INC., HTC CORP., HTC AMERICA, INC.,**
*Appellees*

---

2015-1933

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00209.

---

## JUDGMENT

---

RYAN MICHAEL SCHULTZ, Robins Kaplan LLP, Minneapolis, MN, argued for appellant. Also represented by EMILY ELIZABETH NILES.

DOUGLAS HALLWARD-DRIEMEIER, Ropes & Gray LLP, Washington, DC, argued for all appellees. Samsung Electronics Co., Ltd., Samsung Electronics America Inc. also represented by JON STEVEN BAUGHMAN; BRIAN P.

BIDDINGER, New York, NY; GABRIELLE E. HIGGINS, East Palo Alto, CA.

JERRY ROBIN SELINGER, Patterson & Sheridan LLP, Dallas, TX, for appellees HTC Corp., HTC America, Inc. Also represented by BARDEN TODD PATTERSON, Houston, TX.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* DYK and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| May 9, 2016 | /s/  Peter  R.  Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |